**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio ESPINAL, a/k/a Moreno,**
**Defendant–Appellant.**

**No. 00–7330.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Antonio Espinal, pro se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Antonio Espinal seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Espinal,* Nos. CR–95–39; CA–99–1507–AM (E.D. Va. filed July 18; entered July 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*